William Mazanec, Appellee, v. Robert A. Prosser, Appellant.

Gen. No. 43,047.

opinion filed September 11, 1944. Burt A. Crowe, of Chicago, for appellant; Thomas M. Morris, of Chicago, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.